**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AHMED A. ELNAGGAR,

                Plaintiff,

-against-                                23 **CIVIL** 10850 (GS)

                                              **JUDGMENT**

MERRICK GARLAND, in his official capacity as
Attorney General of the United States,
ALEJANDRO MAYORKAS, in his official capacity
as Secretary of Homeland Security, and UR
MENDOZA JADDOU, in her official capacity as
Director of USCIS,

                Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 10, 2025, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       January 10, 2025

                                                      **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                           **BY:**

                                                        **Deputy Clerk**